**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————————————

**No. 97-6122**

————————————————

JAMES DALLAS TOLBERT,

Petitioner - Appellant,

versus

GEORGE DEEDS,

Respondent - Appellee.

————————————————

**No. 97-6774**

————————————————

JAMES DALLAS TOLBERT,

Petitioner - Appellant,

versus

GEORGE DEEDS,

Respondent - Appellee.

————————————————

Appeals from the United States District Court for the Western District of Virginia, at Roanoke. Samuel G. Wilson, Chief District Judge. (CA-96-116-R)

————————————————

Submitted:  August 5, 1997        Decided:  September 16, 1997

Before WILKINS, NIEMEYER, and MOTZ, Circuit Judges.

Dismissed by unpublished per curiam opinion.

James Dallas Tolbert, Appellant Pro Se.  Richard Bain Smith, Assistant Attorney General, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

James Dallas Tolbert seeks to appeal, in No. 97-6122, the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1997). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. Tolbert v. Deeds, No. CA-96-116-R (W.D. Va. Dec. 23, 1996).

Turning to Tolbert's appeal in No. 97-6774, we note that this is an appeal from a post-judgment motion for the provision of records and transcripts to aid in preparation of the appeal in No. 97-6122. Because Tolbert appeals directly from the magistrate judge's order, we find that this Court lacks jurisdiction to consider the appeal. We therefore dismiss this appeal as well.[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] Even if we were to construe Tolbert's notice of appeal as a motion for production filed in this Court, we note that the record on appeal transmitted to this court appears to contain all the materials encompassed by Tolbert's request.

3